| AO-10 Rev. 1/97 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 1996 | Report Required by the Ethics Reform Act of 1988. Pub. L. No. 101-194, November 30, 1989 (5 U.S.C. App. 4, 101-112) |
|---|---|---|

| 1. Person Reporting (Last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Adelman, Lynn S. | District Court - Eastern District of Wisconsin | 09/ 09/ 97 |

| 4. Title (Article III judges indicate active or senior status; Magistrate judges indicate full- or part-time) | 5. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge Nominee | X Nomination, Date _/_/_ ___ Initial ___ Annual ___ Final | 1/1/96 - 9/9/97 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 308 East Juneau Avenue Milwaukee WI 53202 | Reviewing Officer _____ Date _____ |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp 9-13 of Instructions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| [X] NONE (No reportable positions) | |
| State Senator | State of Wisconsin |
| Partner | Adelman, Adelman & Murray S.C. |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-17 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|
| [ ] NONE (No reportable agreements) | |
| | Sum certain will be paid out within one (1) year. |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 18-25 of Instructions.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| [ ] NONE (No reportable non-investment income) | | |
| 1995 | State of Wisconsin - legislative salary | $ 38,000 |
| 1995 | Adelman, Adelman & Murray S.C. - salary and rent | $ 125,000 |
| 1995 | Spouse employed as attorney for firm of Adelman, Adelman & Murray S.C. | $_____ |
| 1996 | State of Wisconsin - legislative salary | $ 38,000 |
| 1996 | Adelman, Adelman & Murray S.C. - salary and rent | $ 125,000 |
| 1996 | Milwaukee School of Engineering (sale of building) | 20,000 |
| 1996 | Spouse employed as attorney for firm of Adelman, Adelman & Murray S.C. | $(down payment |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br>Adelman, Lynn S. | Date of Report<br>09/ 09/ 97 |
|---|---|---|

## IV. REIMBURSEMENTS and GIFTS -- transportation, lodging, food, entertainment.
(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate reportable reimbursements and gifts received by spouse and dependent children, respectively. See pp. 26-29 of Instructions.)

| SOURCE | DESCRIPTION |
|---|---|
| ☐ NONE (No such reportable reimbursements or gifts) | |
| Exempt | |
| | |
| | |
| | |
| | |
| | |
| | |

## V. OTHER GIFTS. (Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate other gifts received by spouse and dependent children, respectively. See pp. 30-33 of Instructions.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| ☐ NONE (No such reportable gifts) | | |
| Exempt | | $ |
| | | $ |
| | | $ |
| | | $ |

## VI. LIABILITIES. (Includes those of spouse and dependent children; indicate where applicable, person responsible for liability by using the parenthetical "(S)" for separate liability of the spouse, "(J)" for joint liability of reporting individual and spouse, and "(DC)" for liability of a dependent child. See pp. 34-36 of Instructions.)

| CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|
| X NONE (No reportable liabilities) | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

*Value Codes: J-$15,000 or less  K-$15,001-$50,000  L-$50,001-$100,000  M-$100,001-$250,000  N-$250,001-$500,000
O-$500,001-$1,000,000  P1-$1,000,001-$5,000,000  P2-$5,000,001-$25,000,000
P3-$25,000,001-$50,000,000  P4-$50,000,001 or more

Digitized by Google

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br>Adelman, Lynn S. | Date of Report<br>09 / 09 / 97 |
|---|---|---|

**VII. Page 1 INVESTMENTS and TRUSTS** -- income, value, transactions (Includes those of spouse and dependent children. See pp. 37-54 of Instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Indicate where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child<br><br>Place "(X)" after each asset exempt from prior disclosure. | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amt.<br>Code<br>(A-H) | (2)<br>Type<br>(e.g.,<br>div.,<br>rent or<br>int.) | (1)<br>Value<br>Code<br>(J-P) | (2)<br>Value<br>Method<br>Code<br>(Q-W) | (1)<br>Type<br>(e.g.<br>buy, sell,<br>merger,<br>redemp-<br>tion) | (2)<br>Date:<br>Month-<br>Day | (3)<br>Value<br>Code<br>(J-P) | (4)<br>Gain<br>Code<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| **NONE** (No reportable income, assets, or transactions) | | | | | | Exempt | | | | |
| 1. Amcap Fund, Inc. (J) | D | div. | D | T | | | | | |
| 2. Delaware Group Value Fund (J) | D | div. | D | T | | | | | |
| 3. Limited Term Municipal Fund (J) | C | int. | L | T | | | | | |
| 4. MFS Fund (J) | C | int. | L | T | | | | | |
| 5. Morgan Stanley Fund (J) | B | div. | L | T | | | | | |
| 6. Washington Mutual Fund (J) | D | div. | M | T | | | | | |
| 7. Growth Fund of America (J) | D | div. | M | T | | | | | |
| 8. Templeton Emerging Markets Fund (J) | B | div. | J | T | | | | | |
| 9. Paul Halmbacher Family Trust (S) | | NO INCOME | (see VIII) | | | | | | |
| 10. Puerto Rico Electric Power Authority | NO INCOME | | K | T | | | | | |
| 11. | | | | | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |
| 18. | | | | | | | | | |

| 1 Inc/Gain Cds:<br>(Col. B1,D4) | A=$1,000 or less<br>F=$50,001-$100,000 | B=$1,001-$2,500 C=$2,501-$5,000<br>G=$100,001-$1,000,000 | D=$5,001-$15,000<br>H1=$1,000,001-$5,000,000 | E=$15,001-$50,000<br>H2=$5,000,001 or more |
|---|---|---|---|---|
| 2 Val Cds:<br>(Col. C1,D3) | J=$15,000 or less<br>O=$500,001-$1,000,000<br>P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 L=$50,001-$100,000<br>P1=$1,000,001-$5,000,000<br>P4=$50,000,001 or more | M=$100,001-$250,000 N=$250,001-$500,000<br>P2=$5,000,001-$25,000,000 | |
| 3 Val Mth Cds:<br>(Col. C2) | Q=Appraisal<br>U=Book Value | R=Cost (real estate only)<br>V=Other | S=Assessment<br>W=Estimated | T=Cash/Market |

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting<br>Adelman, Lynn S. | Date of Report<br>09/09/97 |
|---|---|---|

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

My spouse is a beneficiary of the Paul Halmbacher Family Trust. This Trust is presently in probate and will probably be distributed within the next sixty days. The Trust consists primarily of stocks.

## IX. CERTIFICATION.

In compliance with the provisions of 28 U.S.C. § 455 and of Advisory Opinion No 57 of the Advisory Committee on Judicial Activities, and to the best of my knowledge at the time after reasonable inquiry, I did not perform any adjudicatory function in any litigation during the period covered by this report in which I, my spouse, or my minor or dependent children had a financial interest, as defined in Canon 3C(3)(c), in the outcome of such litigation.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C.A. app. 4, § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _Lynn Adelman_     Date _9/11/97_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. App. 4, § 104.)

FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

Digitized by Google